UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WILFORD RANEY, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| *Plaintiff*, | **Case No. 4:21-cv-02493** |
| vs. | **JURY TRIAL DEMANDED** |
| JSC FEDERAL CREDIT UNION, | |
| *Defendant*. | |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff, Wilford Raney, and Defendant, JSC Federal Credit Union, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Wilford Raney, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: October 27, 2021

Respectfully Submitted,

| | |
|---|---|
| **Shamis & Gentile, P.A.** | By: */s/ Jonathan D. Neerman* |
| */s/ Andrew J. Shamis* | Jonathan D. Neerman |
| Andrew J. Shamis, Esq. | Southern Bar No. 592947 |
| Texas Bar No. 24124558 | Texas State Bar No. 24037165 |
| ashamis@shamisgentile.com | jneerman@jw.com |
| 14 NE 1st Avenue, Suite 705 | |
| Miami, FL 33132 | **JACKSON WALKER LLP** |
| Telephone: 305-479-2299 | 2323 Ross Avenue, Suite 600 |
| | Dallas, Texas 75201 |
| | Telephone: 214.953.5664 (Direct Dial) |
| *Counsel for Plaintiff and the Class* | Facsimile: 214.661.6899 (Direct Fax) |
| | |
| | *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                              **SHAMIS & GENTILE, P.A.**
                              14 NE 1st Ave., Suite 705
                              Miami, FL 33132
                              Telephone (305) 479-2299
                              Facsimile (786) 623-0915
                              Email: efilings@sflinjuryattorneys.com

By:    */s/ Andrew J. Shamis*
           Andrew J. Shamis, Esq.
           Texas Bar No. 24124558

*Attorneys for Plaintiff and the Class*